EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
JENNA L. ZHANG (SBN 336105)
jzhang@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendants Blue Nile, Inc. and FullStory, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE NILE, INC., and FULLSTORY, INC.,<br><br>Defendants. | Civil Case No.: 3:20-cv-08183-LB<br><br>**DECLARATION OF MATTHEW Q. VERDIN IN SUPPORT DEFENDANTS BLUE NILE, INC. AND FULLSTORY, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hearing Date: July 29, 2021<br>Hearing Time: 9:30 a.m.<br>Honorable Laurel Beeler |

I, Matthew Q. Verdin, hereby declare as follows:

1. I am an attorney at the law firm of Covington & Burling LLP and counsel for Defendants Blue Nile, Inc. ("Blue Nile") and FullStory, Inc. ("FullStory") in this action. This declaration is based on my personal knowledge, and I am competent to testify about the matters herein. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of a webpage on FullStory's website, titled "The Definitive Guide to Session Replay," https://www.fullstory.com/resources/the-definitive-guide-to-session-replay (last updated February 2020).

3. Attached hereto as Exhibit B is a true and correct copy of FullStory's U.S. Patent No. 10,838,571 (filed Aug. 8, 2019).

4. Attached hereto as Exhibit C is a true and correct copy of FullStory's U.S. Patent No. 10,965,766 (filed June 13, 2019).

5. Attached hereto as Exhibit D is a true and correct copy of FullStory's Partner Terms and Conditions, available at https://www.fullstory.com/legal/partner-terms-and-conditions (last accessed May 25, 2021).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 27, 2021, in Oakland, California.

> /s/ Matthew Q. Verdin
> Matthew Q. Verdin

1

DECLARATION OF MATTHEW Q. VERDIN IN SUPPORT OF DEFENDANTS BLUE NILE, INC. AND FULLSTORY, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT